UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| COREY MILLER | CIVIL ACTION |
| VERSUS | NO. 21-1413 |
| TIMOTHY HOOPER, WARDEN | SECTION "R" (4) |

## J U D G M E N T

The Court having approved the Report and Recommendation of the United States Magistrate Judges and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that there be judgment in favor of respondent Warden Timothy Hooper and against petitioner Corey Miller, dismissing with prejudice Miller's petition for issuance of writ of habeas corpus under 28 U.S.C. § 2254.

New Orleans, Louisiana, this __14th__ day of November, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE