UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____

| | | |
|---|---|---|
| COREY MILLER, | : | **CIVIL NO. 21-1413, SECTION "R"(4)** |
| *Petitioner* : | | ACTION FOR FEDERAL HABEAS |
| vs. | | CORPUS RELIEF FROM CONVICTION |
| | : | IN THE 24TH JUDICIAL DISTRICT |
| TIMOTHY HOOPER, Warden | | COURT, JEFFERSON PARISH, |
| Elayn Hunt Correctional Center | : | STATE OF LOUISIANA, |
| *Respondent* | : | DOCKET NO. 02-0404, DIVISION N |

_____

### NOTICE OF APPEAL AND REQUEST FOR CERTIFICATE OF APPEALABILITY

NOTICE IS HEREBY GIVEN that Petitioner, Corey Miller, appeals to the United States Court of Appeals for the Fifth Circuit from the District Court's decision rendered on November 14, 2023, dismissing Petitioner's Petition for Writ of Habeas Corpus. R. Doc. 14. Additionally, Petitioner prays that this Court grant him a Certificate of Appealability.

                                                   Respectfully submitted,

                                                   *s/ Jane Hogan*

                                                   _____
                                                   **JANE HOGAN,** Bar Roll No. 35172
                                                   Hogan Attorneys
                                                   310 North Cherry Street
                                                   Hammond, Louisiana 70401
                                                   (985) 542-7730
                                                   (985) 542-7756 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2023, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/EFC system. Notice of this filing will be sent to Respondent's counsel by operation of the court's electronic filing system.

s/ Jane Hogan
Jane Hogan